IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-50619
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TIMOTHY LORENZO FERGUSON,

Defendant-Appellant.
_____
Appeal from the United States District Court for the
Western District of Texas
USDC No. W-96-CR-108-1
_____

August 26, 1998

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:*


Timothy Lorenzo Ferguson appeals his conviction for distribution of cocaine base and carrying a firearm during a drug offense. The district court did not commit plain error in failing to exclude testimony regarding previous sales of drugs made to Ferguson. See United States v. Olano, 507 U.S. 725, 732-37 (1993); United States v. Wheelwright, 56 F.3d 586 (5th Cir. 1995). The district court record shows that Ferguson agreed to the dismissal of juror Morris. His argument that she was improperly dismissed

*Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

without a hearing has thus been waived and is not reviewable.  See United States v. Calverley, 37 F.3d 160, 162 (5th Cir. 1994) (en banc).

A F F I R M E D.